THE STATE OF OHIO, APPELLEE, v. ALBINI, APPELLANT.
CITY OF COLUMBUS, APPELLEE, v. SURIANO ET AL., APPELLANTS.

[Cite as State v. Albini (1973), 35 Ohio St. 2d 222.]

(Nos. 71-736 and 71-737—Decided September 26, 1973.)

*Mr. James J. Hughes, Jr.*, city attorney, *Mr. Carl T. Wolfrom* and *Mr. Daniel W. Johnson*, for appellees.
*Mr. James R. Willis*, for appellants.

*Per Curiam.* By reason of the holding and mandate of the Supreme Court of the United States in *Roaden* v. *Kentucky* (1973), 37 L. Ed. 2d 757, which this court is required to follow, the judgments of the Court of Appeals must be reversed.

*Judgments reversed.*

O'NEILL, C. J., HERBERT, CORRIGAN, STERN, CELEBREZZE, W. BROWN and P. BROWN, JJ., concur.